# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| M13 | E1103090 | Robatzek | 677 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 06/18/2022 1000
Offense Charged: ☒ CFR ☐ USC ☐ State Code: 36 CFR 4.12
Place of Offense: Glacier NP Avalanche Day Use Parking area
Offense Description: Factual Basis for Charge: Traffic control device — violate non-moving (parking)
HAZMAT ☐

### DEFENDANT INFORMATION
Last Name: Sommers
First Name: James
MI: H

Tag No: 8ZUV596 | State: CA | Year: 22 | Make/Model: Acura MDX | Color: White

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court.

**APPEARANCE IS OPTIONAL**
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court.

$ 70.00 Forfeiture Amount
+ $30 Processing Fee
$ 100.00 Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE

X Defendant Signature
Original - CVB Copy

*E1103090*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on June 18, 2022 while exercising my duties as a law enforcement officer in the _____ District of Montana

The foregoing statement is based upon:
☒ my personal observation ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 06/18/2022

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident